this case that so long as the surplus moneys in a foreclosure *Surplus moneys,* suit remain in court it is competent for the chancellor, to let *when to be ap-plied for.* in an incumbrancer to assert his claim thereto, where the equity of the case is with him and his neglect to file his claim in due season is satisfactorily accounted for. And that where the surplus moneys have been paid out of court under an order irregularly obtained, the court has jurisdiction, by a summary proceeding, to compel a party who has obtained possession thereof improperly and without its authority, to restore the same. But that after the court has lost its control over the surplus moneys, by a payment thereof to a claimant, under an order regularly entered, it is too late for another claimant to apply for summary relief in respect to such moneys.

Order appealed from affirmed with costs.

*The Trustees of the Leake and Watts Orphan House in the City of New-York* v. *Augustine N. Lawrence et al. ex'rs, &c.* E. H. OWEN, for appellant; D. S. JONES, for respondents. Decided that a vice chancellor has no power to dispense with *Power of vice chancellor to* a justification of the sureties in an appeal bond, or to stay the *dispense with justification of* proceedings under the decree appealed from, upon any other *sureties, &c. on* terms than those which are prescribed by the rules of the *appeal.* court on the subject ;—those rules (the 116th and 172d) being made by virtue of the statute authorizing the *chancellor* to prescribe in what cases, to what extent, and upon what terms orders or decrees of the vice chancellors shall be suspended or affected by appeal. (2 *R. S.* 178, § 61, 67.)

Order appealed from reversed, but without costs.

*John Vanderkemp and Peter J. Van Hall* v. *Grandison B. Shelton et al.* E. F. SMITH, for appellants; E. NORTON, for respondents. Order appealed from reversed, and a reference to a master directed; with liberty to complainants to apply for further directions.

*The same* v. *The same.* Motion to remit case to the vice chancellor, with permission to respondents to move to open the order closing the proofs and to take further testimony, or that such further evidence may be introduced here, denied.

*Alexander C. Kellogg* v. *Ezekiel Rand et al.* H. Z. HAY-